Albert Hoefeld et al., appellees, v. James Ozello, appellant. Gen. No. 24,182.

Action to recover rent. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 10, 1919.

Thomas W. Prindeville and Thomas J. O'Hare, for appellant. Adler, Lederer & Beck, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Albert Hoefeld et al., appellees, v. James Ozello, appellant. Gen. No. 24,183.

Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed on authority of opinion rendered in Hoefeld v. Ozello, *ante*. Opinion filed December 10, 1919.

Thomas W. Prindeville and Thomas J. O'Hare, for appellant. Adler, Lederer & Beck, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Sol K. Graff, appellee, v. Julius E. Levin, appellant. Gen. No. 24,519.

Action to recover money paid under contract for exchange of lands. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed December 10, 1919.

Joseph Rosenberg, for appellant. Guy Van Schaick, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

City of Chicago, appellee, v. Benson Lights, appellant. Gen. No. 25,832.

Action to recover penalty for violation of city ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1919. Motion allowed and judgment affirmed. Opinion filed December 16, 1919.

No appearance for appellant. Harry B. Miller and Daniel Webster, for appellee.

Per Curiam.

---

R. C. Foster, appellant, v. Eugenie Graf, appellee. Gen. No. 23,471.

Action to recover proceeds of forged checks. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed December 31, 1919.

Defrees, Buckingham & Eaton and James C. Woodbury, for appellant; Don Kenneth Jones, of counsel. M. M. Jacobs, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.